# United States District Court
# For The Western District of North Carolina
# Statesville Division

BETCO, INC.,

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                       CASE NO. 5:05CV242

JEMISON-DEMSEY, LLC,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 15, 2005, Order.

**Signed: November 17, 2005**

Frank G. Johns, Clerk
United States District Court